IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

PATRICK HUBBARD

     Plaintiff

Vs.                          Case No. 2:11-cv-02087 tmp

**CITY OF MEMPHIS** and,
**ZACHARY APEL**, and
**DARNELL BRIDGEFORTH, and**
**GUY HENDREE**,

     Defendants

---

## MOTION FOR REMAND

---

Plaintiff, **PATRICK HUBBARD,** by and through his attorney of record, JERRY F.

TAYLOR, files this Motion for Remand on grounds of defective removal due to the fact that there

is no Federal Statute alleged in the Complaint filed in the Circuit Court of Shelby County,

Tennessee, and in support of same states the following.

1.      Notice of Removal is defective under 28 U.S.C. §1441 and 1446, and particularly

28 U.S.C. 1331 in that there is no federal statute upon which original jurisdiction would attach in

this Court, nor under 28 U.S.C. 1332, in that the amount in controversy and sued for in

compensatory and/or punitive damages is not in excess of the monetary jurisdictional limits of this

Court of $75,000.00, exclusive of interest and costs, and there is no issue of diversity of

citizenship between the Plaintiff and the Defendants.  The amounts in controversy for

compensatory and/or punitive damages, is less than the monetary jurisdiction.

2.      Movant for Removal asserts that although a violation of a statute is not alleged,

that the evidence might develop a possible violation of the Fourth Amendment to the U.S.

Constitution without a reference to a specific statute which might, and if so, there could be created

a Constitutional issue and if so, that due to this possibility, the matter should be removed to this Court. There is no reference to any case law for support of this at the present, as the case is in its period of birth only having recently been filed.

3.        The Complaint filed in the State Court action alleges negligence, assault and battery, lack of provocation and lack of probable cause, lack of and wrongful  identification of Plaintiff all in (¶ 7, 10), failure to follow proper procedures, policies, training, education, guidelines and directives of the City and in addition to the use of the "**Asps**" and excessive force, the pulling of a service pistol and brandishing it about with threats of life , and use of additional excessive force (the latter of which are referenced in ¶ 10, 11, 13), along with  reckless endangerment by negligent entrustment or assignments of persons by the City  (of Defendant police officers), (¶ 13)

4.        Additionally, all parties are not joined in the removal, as the Defendant, City of Memphis did not file or join in the Removal as it was filed by the individually named Defendant police officers, (¶ Introduction of Notice of Removal)and signed by their counsel. The City is not mentioned in the Notice of Removal and Roane Waring, III, Senior Assistant Attorney for the City of Memphis, did not join in such as there is no signature by him. There is nothing showing the joinder or consent or any approval by the City of Memphis, or any filing of such by the Defendant City included in the Notice of Removal or filed with any either the State Court or this Court.

The Notice of Removal bears a certificate of service of the pleading to Mr. Waring as does the Notice of Filing of the Removal but neither bears a signature of the City of Memphis, or its Attorney for such joinder. The attorneys filing the Notice of Removal and Notice of Filing of the Removal represent only the individual named defendants and not the City of Memphis and therefore are absent any authority to assert the joinder by the City. These attorneys do not represent the City and have no power or authority as thus shown to include the City in the Removal. There being no filing of any authority for such action defeats a removal of the City to this Court, and the time for such removal, as to the City has expired. ,

2

## CONCLUSION

Based upon the foregoing, this cause should be remanded to State Court for jurisdiction and final conclusion of the issues and the case.

Respectfully submitted,


s/Jerry F. Taylor_____
#07943
JERRY F. TAYLOR & ASSOCIATES
1779 Kirby Pkwy. #1-Box 192
Memphis, TN  38138-0631
Phone: (901) 522-1234
Facsimile (901) 405-4760
jerryftaylor@yahoo.com

Attorney for Plaintiff, Jerry F. Taylor


## CERTIFICATE OF CONSULTATION

The undersigned hereby certifies that on the 24th day of October, 2011, counsel for Plaintiff consulted with counsel for the individually named defendants who indicated that Defendants object to the relief requested herein.


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of October, 2011,  I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further served upon the following persons via U.S. Mail, postage prepaid, and by electronic mail and filing, to the following:

Betsy McKinney, and
Deborah Godwin
Attorneys for Defendant Officers
Godwin, Morris, Laurenze & Bloomfield, PC
50 North Front Street, Suite 800
Memphis, TN 38103
(901) 528-1702
bmekinney@gmlblaw.com
dgodwin@gmlblaw.com


s/ Jerry F. Taylor
**JERRY F. TAYLOR** #07943  **(**Certifying Attorney)